UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------

UNITED STATES OF AMERICA :
: 1:25-cr-00492-RA-3

-against- : **ORDER**

Ana Urena Capellan, :

Defendant. :

----------------------------------------------------------------X

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to remove the following condition of release:

- The defendant must comply with the requirements of the Cybercrime Management Program as directed by Pretrial Services.

And include the following condition of release:

- The defendant shall permit Pretrial Services to conduct random physical inspections of the defendant's WhatsApp messages, text messages, and other phone communications.

Dated: New York, New York

August 5, 2026

SO ORDERED:

Ronnie Abrams
United States District Judge