THE LAW FIRM OF

CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Fax
cdecastro@cdecastrolaw.com
cdecastrolaw.com

September 14, 2026

***Via* ECF**

The Honorable Ronnie Abrams
United States District Judge
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
September 15, 2026

Re: *United States v. Reyes, et al,* 25 Cr. 492 (RA)

Dear Judge Abrams,

As the court is aware, I represent Ana Capellan in the above-referenced matter. Trial is scheduled for November 30, 2026. I write on behalf of both defendnts, with the consent of the government, to amend the pretrial motion schedule by one week. Defense motions are due today, however, the parties have been engaged in substantive plea negotiations that may resolve the matter short of trial. Those plea negotiations have required the undersigned to speak with immigration counsel several times and ultimately may require the retention of immigration counsel.

Accordingly, we request that you amend the pretrial motion schedule as follows: defense motions due September 21, 2026; government opposition due October 5, 2026, and any replies due October 13, 2026.

Respectfully submitted,

/s/

César de Castro

cc: All Parties (*via* ECF)